and *Joseph R. Brown* for petitioner. *Messrs. Edward B. Downie, Claude Nowlin,* and *Joseph W. Jamison* for respondent.

No. 673. CRAWFORD *v.* WHITE ET AL. March 2, 1931. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, denied. *Mr. Thornton Hardie* for petitioner. *Messrs W. W. Turney, A. H. Culwell,* and *Wm. H. Burges* for respondents.

No. 674. MONCURE, FORMERLY COLLECTOR OF INTERNAL REVENUE, *v.* ATLANTIC LIFE INSURANCE Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Hayner M. Larson,* and *Paul D. Miller* for petitioner. *Mr. Andrew D. Christian* for respondent.

No. 677. DAVIS *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Bynum E. Hinton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, S. Dee Hanson,* and *Clarence M. Charest* for the United States.

No. 680. LISENA *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank B. Bozza* for petitioner. *Solicitor General Thacher,* and *Messrs.*